UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JAN -9 AM 10: 43

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 2:20-cr-1-1 |
| SHELDON MCNICKLE, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

In or about October 2018, in the District of Vermont, defendant SHELDON MCNICKLE knowingly possessed firearms, in and affecting interstate commerce, knowing he was an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802.

(18 U.S.C. §§ 922(g)(3), 924(a)(2))

## FORFEITURE NOTICE (2)

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of Title 18 U.S.C. § 922(g)(3), the defendant, SHELDON MCNICKLE, shall forfeit to the United States pursuant to 18 § U.S.C. 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including the firearms and ammunition seized from SHELDON MCNICKLE's residence at 46 Foxwood Circle, in Williston, Vermont on October 26, 2018.

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

A TRUE BILL

FOREPERSON

*Christina E. Nolan* (by JRP)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
January 9, 2020